UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| PATRICK O. CULBERTSON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | C/A No. 6:11-cv-02948-GRA<br><br>**ORDER**<br>(Written Opinion) |

It has been brought to the court's attention that the undersigned is personally acquainted with Plaintiff and Plaintiff's family. Therefore, in the interest of justice to both parties, this Court recuses itself from further proceedings in this matter. Under 28 U.S.C. § 455, this Court may *sua sponte* recuse itself.

NOW, THEREFORE, IT IS ORDERED that the undersigned has disqualified himself from the above entitled action, and that the Clerk of Court is hereby ordered to reassign this case to another judge.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

November 23, 2011
Anderson, South Carolina